# United States Court of Appeals

## <u>For the First Circuit</u>

No. 06-2449

COMMONWEALTH OF PUERTO RICO,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA; ALBERTO R. GONZALES, Attorney General;
ROBERT MUELLER, Director of the FBI; ROSA EMILIA RODRIGUEZ-VÉLEZ,
U.S. Attorney for the District of Puerto Rico; and LUIS S.
FRATICELLI, Special Agent in Charge of the FBI in Puerto Rico,

Defendants, Appellees.

---

**ERRATA**

The opinion of this court issued on June 15, 2007, should be
amended as follows:

On page 49, line 4, replace "note 16," with "note 15,".